# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID, AGGRIEVED MAN, ) | Case No. 2:16-cv-00106-RFB-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| MICHAEL SULLIVAN, et al., ) | |
| Defendant(s). ) | |

On January 25, 2016, the undersigned ordered Plaintiff to show cause why he should not be required to file an amended complaint and all future documents using his full name. Docket No. 5. Plaintiff responded by requesting leave to proceed pseudonymously. Docket No. 6. Defendants have also now appeared and filed a motion to dismiss, seeking dismissal based on Plaintiff's attempt to proceed without revealing his full name. Docket No. 9. In light of Defendants' motion to dismiss, the Court discharges the order to show cause as duplicative. The issue of whether Plaintiff may proceed in this action without captioning his filings with his full name will be addressed by the Court through the resolution of the motion to dismiss.

IT IS SO ORDERED.

DATED: February 10, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge